**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| GEC, LLC | ) | |
| | ) | Case No. 1:21-CV-00263 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | COMPLAINT FOR BREACH OF CONTRACT |
| ANDREW M. ZOGBY, and | ) | |
| JOHN O'ROURKE | ) | |
| | ) | |
| Defendants | ) | JURY TRIAL DEMANDED |
| | ) | |

## NOTICE OF RULE 41(a)(1)(A)(i) DISMISSAL

Plaintiff, GEC, LLC, hereby dismisses this action, without prejudice, pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

                                                Respectfully submitted,

                                                HUNTER & COLE
                                                Attorneys for GEC, LLC.

DATED: October 28, 2021            BY:   /s/Warren B. Cole
                                                Warren B. Cole, Esq.
                                                1138 King Street, Ste. 3
                                                Christiansted, VI 00820
                                                Tel.: (340) 773-3535
                                                Fax: (340) 778-8241
                                                wbcole@huntercolevi.com